**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTOKH SINGH BAINS, ET AL.,<br><br>    Defendants. | Case No.: 1:14-CV-00517---SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

    WHEREAS, Plaintiff, NATIVIDAD GUTIERREZ ("Plaintiff"), and Defendants SANTOKH SINGH BAINS individually and dba S&J MINI MART and JAGDIP K. BRAR individually and dba S&J MINI MART ("Defendants"), acknowledge that Defendants response to the Complaint is currently due on or before May 15, 2014;

    WHEREAS, Defendants and Plaintiff are engaged in meaningful settlement negotiations, and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while Defendants obtain and share with Plaintiff their Certified Access Specialist report, and while Plaintiff and Defendants explore, and hopefully finalize, a settlement as between them;

    WHEREAS, this extension of time is Defendants' first extension, does not alter the date of any event or deadline already fixed by Court order, and does not exceed twenty-eight (28) days;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate as follows:

1. Defendants shall have an extension of time to respond to the Complaint (Doc. 1), through and including June 11, 2014.

Dated: May 14, 2014                                   **WEBB & BORDSON, APC**

By/s/Amy R. Lovregren-Tipton
AMY R. LOVEGREN-TIPTON
Attorney for Defendants

Dated: May 14, 2014                                   **MOORE LAW FIRM, P.C.**

By/s/ Tanya E. Moore_____
TANYA E. MOORE
Attorney for Plaintiff

### ORDER

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that Defendants' response to the Complaint is due on or before June 11, 2014.

IT IS SO ORDERED.

Dated:   **May 17, 2014**                                   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE