# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No. 1:14-cv-00517-SKO |
| Plaintiff. | **ORDER AFTER SETTLEMENT** |
| v. | |
| SANTOKH SINGH BAINS, individually and dba S & J MINI MART; JAGDIP K. BRAR, individually and dba S & J MINI MART, | |
| Defendants. | |

On June 10, 2014, Natividad Gutierrez ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement. (Doc. 14.) Plaintiff indicates the parties are finalizing and request that they be granted until July 14, 2014, to file final dispositional documents.

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than July 14, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety.

1

The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or on any party who violates this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **June 11, 2014**                         **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE