# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>     Plaintiff,<br><br>  vs.<br><br>SANTOKH SINGH BAINS, individually and dba S & J MINI MART, et al.,<br><br>     Defendants. | No. 1:14-cv-00517-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: July 11, 2014                              MOORE LAW FIRM, P.C.


                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff
                                                 Natividad Gutierrez

**ORDER**

Pursuant to the parties' stipulation, this case has been dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court administratively close this case.

IT IS SO ORDERED.

Dated:   **July 11, 2014**              **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE